**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Richard Martinez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARTINEZ,<br><br>　　Plaintiff,<br><br>　　v<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant. | No. CV10-8951 MRW<br><br>ORDER<br>AWARDING EQUAL ACCESS<br>TO JUSTICE ACT ATTORNEY<br>FEES AND COSTS |

　　Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

　　IT IS ORDERED that the Commissioner shall pay the amount of TWO THOUSAND FIVE HUNDRED DOLLARS and NO CENTS ($2,500.00) for attorney fees and THREE HUNDRED SIXTY NINE DOLLARS and THIRTEEN CENTS ($369.13) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: October 7, 2011

　　　　　　　　　　　　　　　　/s/ Judge Wilner
　　　　　　　　　　　　　　　　THE HONORABLE MICHAEL R. WILNER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1